[No. 14434-4-II.   Division Two.   October 16, 1991.]

THE STATE OF WASHINGTON, *Respondent*, v. BRANDON A. YOUNG, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 90-1-00204-0, David E. Foscue, J., entered November 5, 1990. *Affirmed* by unpublished

opinion per Petrie, J. Pro Tem., concurred in by Alexander and Morgan, JJ.